AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MARCHELLO WILBON,<br><br>_Defendant(s)_ | ) ) ) ) ) ) ) Case No. 19-8271-DLB |

FILED BY SP D.C.

JUL 1 6 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  07/15/2019  in the county of  Palm Beach  in the  Southern  District of  Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 | Mail theft. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Joseph Wisneski, USPIS Postal Inspector
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 7-16-2019

_Judge's signature_

City and state:   West Palm Beach, Florida

Dave Lee Brannon, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph Wisneski, being duly sworn, depose and state:

1. Your affiant is a Postal Inspector employed with the United States Postal Inspection Service, and has been so employed since April 2007. I am currently assigned to the Mail Theft Team of the Miami Division, West Palm Beach Domicile. My current assignment is Mail Theft and my duties include the investigation of crimes against the U.S. Postal Service, Postal employees, and crimes furthered through the use of the U.S. Mail.

2. The information contained in this affidavit is known to me through personal observation as well as information provided to me by others in the course of my investigation, training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit does not contain every fact known to me concerning this investigation. I have set forth the facts I believe establish a violation of Federal Law.

3. I submit this affidavit in support of a criminal complaint charging that on July 15, 2019, in Palm Beach County, in the Southern District of Florida, Marchello WILBON committed mail theft by stealing mail from a mailbox in violation of Title 18 United States Code, Section 1708 (Theft or receipt of stolen mail matter).

4. On July 15, 2019, at approximately 9:00 am, a resident who lives on South Atlantic Drive in Lantana, Florida known as "HB" placed multiple pieces of mail containing approximately 39 checks with face value of approximately $200,000 in the mailbox located outside their home on S. Atlantic Drive for pick up by the US Postal Service. Approximately a half hour later, HB placed another mail piece in the box and observed that the previously placed mail pieces were missing. HB, knowing the letter carrier's phone number, contacted the letter carrier and asked if he had picked up the mail. The letter carrier stated, "No."

5. Unbeknownst to HB, a neighbor of HB who also lives on S. Atlantic Drive witnessed an individual taking mail from the mailbox of HB, and called the Lantana Police Department (LPD) to report the theft. The witness, known as "JG" advised LPD Dispatch that the suspect was a black male wearing long pants and a dark colored shirt and was observed taking the mail from the mailbox.

6. The suspect was later identified as Marchello WILBON. WILBON was working as a lawn maintenance worker at the HB residence. LPD made contact with WILBON's employer. While speaking with WILBON's employer, LPD Dispatch advised they had received reports of an unknown black male running through back yards east bound. LPD set up a perimeter and attempted to locate WILBON. WILBON was located at Lantana Beach and subsequently placed into custody.

7. On July 15, 2019, after being advised of his *Miranda* rights, WILBON admitted to removing the mail from the mailbox. WILBON admitted knowing the mail contained checks because he stated that a coworker found an open piece of mail containing a check from that address that had the address on the check itself. WILBON stated he opened the mailbox to return the check. However, WILBON removed the "stack" of mail. WILBON said he took the mail, walked to the company work truck and hid the checks in a blue bag behind the center seat. LPD obtained consent to search the work truck from the owner of the truck, WILBON's employer, and located the checks in the location WILBON described. The pieces of mail containing the checks were seized by LPD. WILBON admitted in his statement to leaving the scene after noticing the arrival of police.

Wherefore, I have probable cause to believe that on July 15, 2019, in Palm Beach County, in the Southern District of Florida, **Marchello WILBON**, did knowingly and willfully commit the offense of mail theft in violation of Title 18, United States Code, Section 1708.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Joseph Wisneski, United States Postal Inspector
United States Postal Inspection Service


Sworn to and subscribed before me this ___16___ day July, 2019.

_____
HON. DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

2

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. **19-8271-DLB**

**UNITED STATES OF AMERICA**

v.

**MARCHELLO WILBON,**

Defendant,

_____/

FILED BY ⸺ S P ⸺ D.C.

'JUL 1 6 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  \_\_\_\_ Yes  \_X\_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  \_\_\_\_ Yes  \_X\_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
LAUREN E. JORGENSEN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 726885
500 S. Australian Ave, Ste. 400
West Palm Beach, Florida  33401
TEL (561) 820-8711
FAX (561) 820-8777
Lauren.Jorgensen@usdoj.gov