

**U. S. Department of Justice**

Federal Bureau of Prisons

Residential Reentry Office

---

*6303 County Road 500*
*Wildwood, Florida 34785-7863*

September 14, 2020

FILED BY_____ D.C.

OCT 05 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

The Honorable Rodolfo A. Ruiz
United States District Judge
199 E. Broward Blvd, Suite 108
Fort Lauderdale, Florida 33301

RE:   Wilbon, Marchello - DEATH
      Register No. 20290-104
      Case No.  19-CR-880119-RUIZ-1

Dear Judge Ruiz:

We wish to advise you Marchello Wilbon, who was being monitored on Home Detention at the Salvation Army Residential Reentry Center, West Palm Beach, Florida, died on Saturday, September 12, 2020.  He was pronounced dead at his home on 6033 10th Avenue, Apt. #223, Greenacres, Florida.  A Certificate of Death has not been received; however, an autopsy is being performed as well as an investigation by local law enforcement authorities.

Mr. Wilbon was a 35-year old resident of Greenacres, Florida.  He was originally sentenced in your court on December 20, 2019, to a 12 Month and 1 Day Sentence for Mail Theft.

If you have any questions or require additional information, please do not hesitate to contact us.

Sincerely,

*Darlene Tyler*

D. Tyler
Residential Reentry Manager

cc:   BOP-RSD/RRM Eastern Sector
      Lauren Jorgensen, Assistant United States Attorney, Southern District of Florida
      Michael Santucci, Supervising U.S. Probation Officer
      Daryl E. Wilcox, Esq., Defense Counsel

**U.S. Department of Justice**

Federal Bureau of Prisons

*Community Corrections Office*

6303 County Road 500
Wildwood, FL 34785

Official Business

MIAMI FL 330

26 SEP 2020

U.S. OFFICIAL M
PENALTY
PRIVATE USE $.

PITNEY BOWES

-02-1-P
0006899065
$ 000.50⁰
SEP 22 2020
MAILED FROM ZIP CODE 33521

the Honorable Rodolfo A. K
United States District Ju
199 E. Broward Blvd, #
Fort Lauderdale, Fl 333